UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

DAVID MICHAEL ALBERS  Bankruptcy No. 11-52976
HOLLY ANN ALBERS  Honorable WALTER SHAPERO
  Chapter 13

    Debtors.
_____/

DAVID MICHAEL ALBERS  Adversary Case No.
HOLLY ANN ALBERS

    Plaintiffs,
v.

HSBC MORTGAGE CORPORATION
HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA

    Defendants.
_____/

### CERTIFICATION OF SERVICE

I, **DAWN M. ENGEL**, an employee of CHIMKO & ASSOCIATES, P.C., 26212 Woodward Ave., Royal Oak, Michigan 48067 certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age:

    That on 9/14/11 _____, I served a copy of the within summons together with the complaint filed in this proceeding, on the named defendant in this proceeding, by certified mail:

the said defendant at:

    HSBC MORTGAGE CORPORATION (USA)
    THE CORPORATION COMPANY, Resident Agent
    30600 Telegraph Road, Ste 2345
    Bingham Farms, MI 48025

    HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA
    CT CORPORATION SYSTEM, Resident Agent
    818 W. Seventh St.
    Los Angeles, CA 90017

I certify under penalty of perjury that the foregoing is true and correct.
Executed on 9/14/2011

                                            DAWN M. ENGEL
26212 Woodward Ave., Royal Oak, Michigan 48067

_____
** State post office address