# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

| | |
|---|---|
| DAVID MICHAEL ALBERS | Bankruptcy No. 11-52976 |
| HOLLY ANN ALBERS | Honorable WALTER SHAPERO |
| | Chapter 13 |

    Debtors.
_____/

| | |
|---|---|
| DAVID MICHAEL ALBERS | Adversary Case No. 11-5608 |
| HOLLY ANN ALBERS | |

    Plaintiffs,
v.

HSBC MORTGAGE CORPORATION and
HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA

    Defendant.
_____/

## ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

This matter having come before the Court upon the filing the Complaint to Determine the Extent of the Junior Mortgage Lien Of HSBC Mortgage Corporation and Household Finance Corporation of California; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this Adversary Proceeding shall be and the same is hereby dismissed.

.

**Signed on September 13, 2011**

                                                      /s/ Walter Shapero
                                                    Walter Shapero
                                                    United States Bankruptcy Judge